**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04019-MDB

**AUGUSTINE ESQUIBEL,**

Plaintiff,

v.

**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF COSTILLA, COLORADO**;
**JOE SMITH**, in his official capacity as Sheriff of Costilla County;
**DANNY SANCHEZ**, in his individual capacity;
**CRUZ SOTO**, in his individual capcity;
**MONIQUE TRUJILLO**, in her individual capacity;
**DYLAN MEJIA**, in his individual capacity;
**JAUREGUI ASTORGA**, in their individual capacity; and
**JOHN/JANE DOES 1-4**, in their individual capacities,

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

**JASON M. KOSLOSKI**, of the law firm **KOSLOSKI LAW, PLLC**, hereby enters his appearance on behalf of Plaintiff, Augustine Esquibel.

Dated: October 26, 2026.

Respectfully submitted,

/s/ Jason Kosloski
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487

jkosloski@kosloskilaw.com
*Attorney for Plaintiff Esquibel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, the foregoing **PLAINTIFF'S INITIAL DISCLOSURES** was served electronically on the following via email:

Michaela S. Morrissey
VAUGHAN & DEMURO
6760 Corporate Drive, Suite 220
Colorado Springs, CO 80919
(719) 578-5500 (phone)
(7u19( 578-5504 (fax)
mmorrissey@vaughandemuro.com

/s/ Jason Kosloski
Jason Kosloski